# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | |
|---|---|
| **MIKE REDFORD,** | |
| *Plaintiff,* | **CIVIL ACTION NO.** |
| **v.** | **5:19-cv-00155-TES-CHW** |
| **STATE BAR OF GEORGIA,** *et al.,* | |
| *Defendants.* | |

## ORDER ADOPTING THE UNITED STATES MAGISTRATE JUDGE'S RECOMMENDATION

In his Recommendation [Doc. 26], the United States Magistrate Judge recommends that the Court deny Plaintiff's motion seeking relief based on the threat posed by COVID-19, which the magistrate judge liberally construed as a Federal Rule of Civil Procedure 60(b) motion for relief from judgment. No objections have been filed to the magistrate judge's Recommendation; therefore, the Court reviews his findings for clear error. 28 U.S.C. § 636(b)(1)(A).  After careful review, the Court finds no clear error. Therefore, the Court **ADOPTS** the Recommendation [Doc. 26] and **MAKES IT THE ORDER OF THE COURT**. Accordingly, Plaintiff's motion [Doc. 25] is **DENIED**.

**SO ORDERED**, this 27th day May, 2020.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**